UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:14-MJ-1186-1RJ

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Torrey Orlando Baumgardner** | ) | |
| | ) | |

On April 1, 2015, Torrey Orlando Baumgardner appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, in the Eastern District of North Carolina, and upon an earlier plea of guilty to Possession of Marijuana, in violation of 21 U.S.C. § 844, was sentenced to the custody of the Bureau of Prisons for a term of 15 days. Additionally, it was ordered by the court that the defendant be placed on supervised release for 12 months upon release from imprisonment. Torrey Orlando Baumgardner was released from custody and the term of supervised release commenced on April 1, 2015.

From evidence presented at the revocation hearing on April 11, 2016, the court finds as a fact that Torrey Orlando Baumgardner, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to abide by all conditions and terms of Community Corrections placement.
2. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 60 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 11th day of April, 2016.

Robert B. Jones, Jr
U.S. Magistrate Judge